IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No. CCB-14-10** |
| **JOSHUA MENDOZA** | * | |

\* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW MOTIONS

The Defendant, Joshua Mendoza, through counsel, James Wyda, Federal Public Defender for the District of Maryland, and Patrick E. Kent, Assistant Federal Public Defender, hereby respectfully moves this Honorable Court to permit the Defendant to withdraw all pending motions and as grounds therefore states the following:

1. Mr. Mendoza is charged by the Government with Possession with Intent to Distribute Narcotics in violation of 21 U.S.C. § 841. On January 28, 2014, the Defendant was arraigned on the indictment and entered a plea of not guilty to Count One of the Indictment.

2. On February 19, 2014, the Defendant filed motions to suppress evidence and statements. Those motions were supplemented with filings on June 13, 2014. On June 29, 2014, the Government filed its response in opposition to Defendant's motion to suppress evidence and statements.

3. The motions hearing in the above captioned case was scheduled for Thursday, July 24, 2014. At this time, the Defendant does not wish to proceed with the motions hearing scheduled for July 24, 2014 as the Defendant seeks to resolve the case short of trial with a guilty plea.

4. Consequently, the Defendant respectfully requests that the motions hearing scheduled for July 24, 2014 be withdrawn from the Courts' calendar and that all pending Defense motions be withdrawn at this time.

5. A joint status update will be filed on or before August 8, 2014 as to the status of plea negotiations.

WHEREFORE, Joshua Mendoza respectfully moves that this Honorable Court order that the motions hearing scheduled for Thursday, July 24, 2014 be withdrawn from the Courts' calendar and that all pending Defense motions be withdrawn at this time.

Respectfully Submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____

Patrick Kent
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
(410) 962-3962
Patrick_kent@fd.org